UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY SNEED

VERSUS

FRANCIS ABBOTT and the LOUISIANA
COMMITTEE ON PAROLE

CIVIL ACTION

NO. 21-279-JWD-RLB

This matter came on this day for a status conference by zoom video conferencing before District Judge John W. deGravelles on May 26, 2021, with the following parties:

> Thomas Frampton
> **Counsel for Plaintiff**
>
> Grant Willis
> **Counsel for Defendants**

Although Mr. Willis waived service on Francis Abbott, Mr. Frampton advised the Court that the complaint has not yet been served on the Louisiana Committee on Parole because the Motion to Proceed in forma pauperis (Doc. 3) has not yet been addressed by the Magistrate Judge. The Court will contact the Magistrate Judge to follow up on the pending motion.

The amount of time needed for discovery cannot be determined at this time because the parties have not yet held a Rule 26 FRCP discovery planning conference

The parties are hopeful that this matter might be able to be resolved as soon as possible. The parties were encouraged to consider settlement and the Court mentioned that the Magistrate Judge would be available for this purpose.

A follow-up status conference is set for 11:00 a.m. on June 3, 2021, by zoom video conference.

The parties are to file a status report on the following matters by noon on **June 2, 2021**:

1. Conduct a Rule 26 FRCP conference.
2. Attempt to have the issue of service resolved.
3. Schedule a date with Magistrate Judge Bourgeois to try to attempt to resolve this matter.
4. Discuss the amount of time needed for Discovery and set forth a time frame for the Court to conduct a hearing on the Motion for Preliminary Injunction.

If either side needs the Court before the June 3, 2021, status conference, the Court will be available.

Signed in Baton Rouge, Louisiana, on May 27, 2021.

CV 36; T:   0:15

                            **JUDGE JOHN W. deGRAVELLES**
                            **UNITED STATES DISTRICT COURT**
                            **MIDDLE DISTRICT OF LOUISIANA**