UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY SNEED

VERSUS

FRANCIS ABBOTT and the LOUISIANA
COMMITTEE ON PAROLE

CIVIL ACTION

NO. 21-279-JWD-RLB

This matter came on this day for a status conference by zoom video conferencing before District Judge John W. deGravelles on June 3, 2021, with the following parties:

> Thomas Frampton
> **Counsel for Plaintiff**
>
> Grant Willis, Christopher Neal Walters
> **Counsel for Defendants**

The Court addressed Defense counsel regarding his failure to comply with the Court's order (Doc. 8) to confer and to provide an update to the Court.  Defense counsel claimed not to have received notice on CM/ECF regarding this order.  The Court noted that Defense counsel heard the instructions at the last status conference and cautioned him about his obligations to comply with Court orders.

For oral reasons assigned, the Motion to Dismiss Pursuant to FRCP Rule 12(b)(1)/ Motion to Dismiss for Failure to State a Claim by Francis Abbott, Louisiana Committee on Parole, (Doc. 10) is denied, without prejudice.  A renewed Motion to Dismiss shall be filed on or before **June 10, 2021**, and a response to the motion shall be filed no later than **June 17, 2021**.

Since the parties could not come to an agreement regarding discovery, the Court will address Defendants' Motion to Stay Discovery and reset Deadlines filed by

Francis Abbott and Louisiana Committee on Parole, (Doc. 11) and the Plaintiff's response, (Doc. 14) after a thorough review of the pleadings filed herein.

Counsel for Plaintiff notes that a second Motion for Preliminary Injunction (Doc. 13) has been filed.

Signed in Baton Rouge, Louisiana, on <u>June 3, 2021</u>.

CV 36; T:   0:20

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**JUDGE JOHN W. deGRAVELLES**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**